# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

148364

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACKIE LAMONT THOMPSON,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148364
COA: 318128
Clinton CC: 13-009068-FC

On order of the Court, the application for leave to appeal the December 3, 2013 order of the Court of Appeals is considered. We DIRECT the Clinton County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall include among the issues briefed: (1) whether the scoring of Offense Variable 7 in this case requires evidence of aggravated physical abuse with reference only to the sentencing offense, and what evidence may support the scoring, MCL 777.37; *People v McGraw,* 484 Mich 120 (2009); and (2) whether the sentencing offense must involve a sexual penetration against a person less than 13 years of age in order to establish a pattern of criminal behavior for assessing 50 points for Offense Variable 13 under MCL 777.43(1)(a).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



Clerk

p0917